FILED
APR 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:22 CR 212 |
| | ) | Title 21, United States Code, |
| ANTHONY JACKSON, | ) | Sections 841(a)(1), (b)(1)(A), |
| | ) | (b)(1)(B), (b)(1)(C) and 846 |
| Defendant. | ) | JUDGE PEARSON |

COUNT 1
(Conspiracy to Possess with Intent to Distribute Phencyclidine (PCP), Cocaine, Cocaine Base
(crack), Fentanyl, 4-ANPP, and Methamphetamine,
21 U.S.C. § 846)

The Grand Jury charges:

1. On or about March 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JACKSON, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute 100 grams or more of phencyclidine (PCP), 132.22 grams of a mixture and substance containing a detectible amount of cocaine, 42.79 grams of a mixture and substance containing a detectible amount of cocaine base (crack), 2.69 grams of a mixture and substance containing a detectible amount of fentanyl and 4-ANPP, and 5.25 grams of a mixture and substance containing a detectible amount of methamphetamine, all Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Phencyclidine (PCP),
21 U.S.C. § 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about March 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JACKSON did knowingly and intentionally possess with intent to distribute 100 grams or more of phencyclidine (PCP), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3
(Possession with Intent to Distribute Cocaine,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about March 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JACKSON did knowingly and intentionally possess with intent to distribute 132.22 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possession with Intent to Distribute Cocaine Base (Crack),
21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

4. On or about March 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JACKSON did knowingly and intentionally possess with intent to distribute 42.79 grams or more of a mixture and substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 5
(Possession with Intent to Distribute Fentanyl and 4-ANPP,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about March 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JACKSON did knowingly and intentionally possess with intent to distribute 2.69 grams or more of a mixture and substance containing a detectable amount of fentanyl and 4-ANPP, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about March 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JACKSON did knowingly and intentionally possess with intent to distribute 5.25 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7
(Possession of Ammunition by Convicted Felon,
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

7. On or about March 18, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY JACKSON, knowing that he has been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: Felon in Possession of Firearm and Ammunition, Case Number 1:17-CR-408, in U.S. District Court for the Northern District of

Ohio, on or about May 9, 2018; Felon in Possession of a Firearm, in United States District Court for the Northern District of Ohio, Case Number 1:11-CR-420, on or about March 15, 2012, did knowingly possess in and affecting interstate commerce, ammunition, that is, 44 rounds of ammunition bearing headstamp markings "G.F.L 380 Auto," 44 rounds of ammunition bearing headstamp markings "CCI 9mm Luger," 42 round of ammunition bearing headstamp markings "*USA* 44 REM," and 7 rounds of ammunition bearing headstamp markings "FC 32 AUTO," in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

8. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 5 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ANTHONY JACKSON shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following: 44 rounds of ammunition bearing headstamp markings "G.F.L 380 Auto," 44 rounds of ammunition bearing headstamp markings "CCI 9mm Luger," 42 round of ammunition bearing headstamp markings "*USA* 44 REM," and 7 rounds of ammunition bearing headstamp markings "FC 32 AUTO."

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002